# East Baton Rouge Parish Clerk of Court
# Docket Report Results

## Report Selection Criteria

**Case ID:**          C660984
**Docket Start Date:**
**Docket Ending Date:**

## Case Description

**Case ID:**     C660984 - PHALISHA DAVIS VS TRADITIONS SENIOR MANAGEMENT ETL - *NON JURY-*
**Filing Date:** Monday, August 28, 2017
**Type:**        TI - Tort Injury
**Status**       2412 - CIT/LONG ARM

## Charges

| No charges were found. |
| --- |

## Related Cases

| No related cases were found. |
| --- |

## Case Event Schedule

| No case events where found. |
| --- |

## Case Parties

| Seq # | Assoc | End Date | Type | ID | Name | Race | Sex | Birth Date |
|---|---|---|---|---|---|---|---|---|
| 1 | 4 | | Plaintiff | @1383312 | **DAVIS, PHALISHA** | | | |
| **Address:** | | | THRU MONIQUE FIELDS ATY PO BOX 96 BAKER LA 70704 | | Aliases: *none* | | | |
| 2 | | | Defendant | @1383314 | **TRADITIONS SENIOR MANAGEMENT INC** | | | |
| **Address:** | | | THRU AARON BLOOM AGT 24671 US HWY 19N CLEARWATER FL 33763 | | Aliases: *none* | | | |
| 3 | | | Judge | S23 | **MORVANT, HON. WILLIAM A.** | | | |
| **Address:** | | | 19TH JUDICIAL DISTRICT COURT 300 NORTH BLVD, RM 8A BATON ROUGE LA 70802 (225)389-4714 | | Aliases: AT&T LOUISIANA | | | |
| 4 | | | Attorney | BR29183 | **FIELDS, MONIQUE H** | | | |
| **Address:** | | | ATTORNEY AT LAW 3022 RAY WEILAND DR PO BOX 96 BAKER LA 70714-0096 (225)775-1677 | | Aliases: *none* | | | |
| 5 | | | Defendant | @1383315 | **ATKINS, BEN** | | | |
| **Address:** | | | *unavailable* | | Aliases: *none* | | | |

## Docket Entries

| Filing Date | Description | Name | Party Association |
|---|---|---|---|
| 28-Aug-2017 07:58 AM | FAX FEE/PLEADING | FIELDS, MONIQUE H | DAVIS, PHALISHA |
| **Entry:** | *none* | | |
| **Image:** | Image Available - 🖹 | **Microfilm #:** | SR 9/11 |

EXHIBIT
_____ 1

| 28-Aug-2017 07:58 AM | LTR / FAX RECT | FIELDS, MONIQUE H | DAVIS, PHALISHA |
|---|---|---|---|
| **Entry:** | *none* | | |
| **Image:** | | **Microfilm #:** | SR 9/11 |

| 05-Sep-2017 02:31 PM | PET/TORT INJURY | FIELDS, MONIQUE H | DAVIS, PHALISHA |
|---|---|---|---|
| **Entry:** | *none* | | |
| **Image:** | Image Available - 🗎 | **Microfilm #:** | S/R 12/11 |

| 05-Sep-2017 02:32 PM | AFFIDAVIT | FIELDS, MONIQUE H | DAVIS, PHALISHA |
|---|---|---|---|
| **Entry:** | *none* | | |
| **Image:** | Image Available - 🗎 | **Microfilm #:** | S/R 12/11 |

| 05-Sep-2017 02:32 PM | MTN/PROCEED AS PAUPER | FIELDS, MONIQUE H | DAVIS, PHALISHA |
|---|---|---|---|
| **Entry:** | *none* | | |
| **Image:** | Image Available - 🗎 | **Microfilm #:** | S/R 12/11 |

| 05-Sep-2017 02:32 PM | ATTACH/EXHIBITS(W/COST) | FIELDS, MONIQUE H | DAVIS, PHALISHA |
|---|---|---|---|
| **Entry:** | *none* | | |
| **Image:** | Image Available - 🗎 | **Microfilm #:** | S/R 12/11 |

| 06-Sep-2017 04:14 PM | Denied | FIELDS, MONIQUE H | DAVIS, PHALISHA |
|---|---|---|---|
| **Entry:** | MOTION TO PROCEED IN FORMA PAUPERIS OBO PHALISHA TAMIKA DAVIS BY MONIQUE H FIELDS WAS DENIED THIS DATE. | | |
| **Image:** | | **Microfilm #:** | |

| 30-Oct-2017 11:33 AM | PAYMENT RECEIVED | FIELDS, MONIQUE H | DAVIS, PHALISHA |
|---|---|---|---|
| **Entry:** | *none* | | |
| **Image:** | Image Available - 🗎 | **Microfilm #:** | SR 11/2 |

| 29-Nov-2017 09:01 AM | FAX FEE/PLEADING | FIELDS, MONIQUE H | DAVIS, PHALISHA |
|---|---|---|---|
| **Entry:** | *none* | | |
| **Image:** | Image Available - 🗎 | **Microfilm #:** | S/R 12/11 |

| 29-Nov-2017 09:01 AM | LTR / FAX RECT | FIELDS, MONIQUE H | DAVIS, PHALISHA |
|---|---|---|---|
| **Entry:** | ISSUE SERVICE | | |
| **Image:** | | **Microfilm #:** | CP 12/7 |

| 06-Dec-2017 12:16 PM | LET REQUESTING SERVICE | FIELDS, MONIQUE H | DAVIS, PHALISHA |
|---|---|---|---|
| **Entry:** | *none* | | |
| **Image:** | Image Available - 🗎 | **Microfilm #:** | S/R 12/11 |

| 11-Dec-2017 10:19 AM | CIT/LONG ARM | FIELDS, MONIQUE H | DAVIS, PHALISHA |
|---|---|---|---|
| **Entry:** | *none* | | |
| **Image:** | Image Available - 🗎 | **Microfilm #:** | |

| 11-Dec-2017 10:33 AM | CIT/LONG ARM | FIELDS, MONIQUE H | DAVIS, PHALISHA |
|---|---|---|---|
| **Entry:** | *none* | | |
| **Image:** | Image Available - 🗎 | **Microfilm #:** | |

| 11-Dec-2017 10:36 AM | SRVC MAILED/PPS&LA | FIELDS, MONIQUE H | DAVIS, PHALISHA |
|---|---|---|---|
| **Entry:** | LONG ARM * SERVICE PAPERS MAILED............................RMM | | |
| **Image:** | | **Microfilm #:** | |

*- record searched on 1/10/2018 11:03:49 AM for user "Public User" -*

▶Search Home          ▶New Search          ▶Report Selection          ▶Case Description

Case 3:18-cv-00021-BAJ-RLB    Document 1-2    01/10/18    Page 3 of 37

▶Related Cases          ▶Event Schedule          ▶Case Parties          ▶Docket Entries

*660984*

**MONIQUE FIELDS**
*Attorney at Law*
*3022 Ray Weiland Drive*
*Post Office Box 96*
*Baker, Louisiana 70714*

Phone (225)775-1677                                    Facsimile (225)775-1677

DATE:        August 28, 2017

TO:           Doug Welborn (via facsimile 389-3392
                 Clerk of Court
                 Governmental Building
                 222 St. Louis Street
                 P.O. Box 1991
                 Baton Rouge, Louisiana  70821-1991

RE:           Phalisha Davis versus Traditions Senior Management, Inc., et al
                 19th Judicial District Court
                 Parish of EBR    State of Louisiana

**Enclosed please find attached a copy of the following:**

_____  Petition for Change of Venue, Contempt, and Change of Custody

_____  Motion to Enroll

_____  Motion for Continuance

_____  Pre Trial Order

_____  Motion to Suppress Evidence

_XXX_  Petition For Damages, Verification and  Motion to Proceed In Forma Pauperis
           with affidavits

Please do the following:

  _X_   Fax file

_____  Check attached in the amount of $

REC'D C.P.

SEP 1 1 2017

PHALISHA DAVIS

VERSUS

TRADITIONS SENIOR MANAGEMENT
INC., BEN ATKINS AND ABC INSURANCE
COMPANY

DOCKET NO.:        DIV " "

19TH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

************************************************************************

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel comes **PHALISHA T. DAVIS,** hereinafter, "Petitioner", a disabled person of the full age of majority, domiciled in the Parish of East Baton Rouge, State of Louisiana, who respectfully represents as follows:

1.

Made Defendants herein are the following parties:

a.    **TRADITIONS SENIOR MANAGEMENT, INC.,** a foreign corporation licensed to do and doing business in the Parish of East Baton Rouge, State of Louisiana.

b.    **BEN ATKINS,** owner and operator of the foreign corporation.

c.    **ABC INSURANCE COMPANY,** an unknown insurance company, authorized to do and actually doing business in the State of Louisiana.

2.

The defendants are indebted to Petitioner in the full sum to be determined by this honorable court together with the legal interest from the date of Judicial Demand until paid and for all costs of these proceedings jointly, severally, and insolido, and for the following reasons to wit:

3.

On or about March 14, 2014, petitioner, **PHALISHA T. DAVIS,** who has an hearing impairment, begin her employment with **TRADITIONS SENIOR MANAGEMENT, INC.**

4.

On or about August 12, 2016, Petitioner was terminated, according to her superiors, because she did not help a resident when she was unable to hear an announcement instructing her to assist.

5.

The alleged incident that lead to her termination occurred approximately two weeks prior, on July 30, 2016.

6.

Previously Petitioner has informed her employer of her difficulty hearing announcements at the facility, however, to no avail.

7.

Petitioner continued to work in the environment on behalf of **TRADITIONS SENIOR MANAGEMENT, INC., AND BEN ADKINS** which refused to provide adaptive devices to assist Petitioner in successfully doing her job, leading to her termination.

8.

Defendants, **TRADITIONS SENIOR MANAGEMENT, INC. AND BEN ATKINS**, through its employees, violated Louisiana state law and treated Petitioner and in such a reckless, willful, and wanton manner that as a direct and proximate result thereof, Petitioner sustained serious and permanent injuries as hereinafter alleged, all in violation of Louisiana Revised Statutes Title 23.

9.

Further, Defendant **TRADITIONS SENIOR MANAGEMENT, INC. AND BEN ATKINS**, through its employees, violated Title VII, the Americans with Disabilities Act by failing to provide reasonable accommodation to Petitioner's known physical limitation.

10.

As a result of this incident, petitioner, **PHALISHA T. DAVIS**, suffered from a range of injuries that included but are not limited to loss of wages, embarrassment and humiliation.

11.

This incident caused injury to the petitioner in the following respects:

1. Physical Pain and Suffering
2. Loss Wages
3. Loss of Enjoyment of Life
4. Mental Anguish
5. Emotional Distress
6. Inconvenience
7. Medical Expenses, Past, Present, and Future
8. Other damages that may be proven at trial

12.

Because of the Defendants' gross, willful, and wanton failures as alleged in paragraphs, 1 through 9 above, and its failure to ensure Petitioner accessibility to adaptive devices to perform specific requirements of her job. Additionally, Petitioner is entitled to recover punitive damages in the amount over and above the sum of her compensatory damages herein.

13.

On information and belief that **TRADITIONS SENIOR MANAGEMENT, INC. AND BEN ATKINS** have a liability insurance company, **ABC INSURANCE COMPANY**, for the purposes of liability and/or injury, the defendant, **TRADITIONS SENIOR MANAGEMENT, INC. AND BEN ATKINS** in conjunction with **ABC INSURANCE COMPANY** are indebted unto the petitioner for the damages she sustained which resulted in the legal cause of the incident. **ABC INSURANCE COMPANY**, made defendant herein.

14.

The defendants, **TRADITIONS SENIOR MANAGEMENT, INC. AND BEN ATKINS** are solitarily liable with **ABC INSURANCE COMPANY** for the physical pain and suffering, mental anguish, emotional distress, humiliation and embarrassment caused by these acts performed by its insured to the extent of the limits of the insurance policy.

15.

The acts of defendants, **TRADITIONS SENIOR MANAGEMENT, INC. AND BEN ATKINS**, were the cause in fact of petitioner's injuries.

16.

Petitioner has filed a complaint with the U.S. Equal Employment Opportunity Commission and has received her Notice of Suit Rights.

**WHEREFORE,** petitioner prays that defendants be served with a certified copy of this petition and that, after all legal delays and due proceedings be had, there be a judgment herein in favor of plaintiff, **PHALISHA T. DAVIS,** and against defendants, **TRADITIONS SENIOR MANAGEMENT, INC., BEN ATKINS AND ABC INSURANCE COMPANY,** jointly and in solitude, for all damages which are reasonable in the premises, together with legal interest from the date of loss plus court costs of these proceedings and any and all other relief to which they may be entitled, including any penalties or attorney's fees. **PETITIONER FURTHER PRAYS** all equitable relief.

Respectfully Submitted:

Monique Fields, #29183
Attorney At Law
P.O. Box 96
3022 Ray Weiland Drive
Baker, Louisiana 70704-0096
Phone :      (225) 775-1677
Facsimile:    (225) 775-1604

PLEASE SERVE:

TRADITIONS SENIOR MANAGEMENT, INC.
through its agent for service of process via longarm

AARON BLOOM
24671 US HWY 19 NORTH
CLEARWATER, FL  33763

HOLD SERVICE:
BEN ATKINS



PHALISHA DAVIS

**VERSUS**

TRADITIONS SENIOR MANAGEMENT, INC.
BEN ADKINS AND ABC INSURANCE
COMPANY

DOCKET NO.:          DIV " "

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

*********************************************************************

**AFFIDAVIT**

State of Louisiana

Parish of East Baton Rouge

      **BEFORE ME,** the undersigned authority, a notary Public, duly sworn and qualified in and for the Parish of East Baton Rouge, State of Louisiana personally came and appeared:

**PHALISHA T. DAVIS**

Who after being first duly sworn did depose and say that:

she is the petitioner in the foregoing and that all allegations of fact contained therein are true and correct to the best of her knowledge, information and belief.

**PHALISHA T. DAVIS**

SWORN AND SUBSCRIBED BEFORE ME, this 28th of August, 2017.

Monique H. Fields, Notary Public
Bar Roll No. 29183

AUG 2 8 2017

| Form J | IN FORMA PAUPERIS FORM |
|--------|------------------------|

PHALISHA DAVIS
(PETITIONER)

NO: _____  DIV. _____

19TH JUDICIAL DISTRICT COURT

VERSUS

TRADITIONS SENIOR MANAGEMENT, BEN ATKINS AND
(DEFENDANT)

INSURANCE COMPANY

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

## MOTION TO PROCEED IN FORMA PAUPERIS

**NOW INTO COURT** comes Phalisha Tamika Davis, who respectfully represents that he/she is a citizen of the State of Louisiana and is unable to pay the costs of court because of his/her poverty and lack of means, and therefore moves this Honorable Court for authorization to proceed in forma pauperis.

**WHEREFORE** mover prays that he/she be allowed to prosecute or defend this litigation in accordance with Louisiana Code of Civil Procedure articles 5181, et seq., without paying the costs in advance or as they accrue, or furnishing security therefor.

## PERSONAL AND FINANCIAL INFORMATION

**NOTE:** All questions must be answered in full. Do not leave any space empty.

1. Full Name: Phalisha Tamika Davis

SSN: XXX–XX–8104  DOB: 11-25-1978 _____ Sex: Female

2. Address: 3170 Dougherty Drive
Baton Rouge  LA  70805

3. Telephones – Home: N/A _____ – Cell: 225-228-9662

4. Marital Status – Single: NO  Married: X  Divorced: N/A  Living with someone: 0

5. How many children live with you? 4  How many children under 18 do you support? 3

Do you have other dependents? NO  Please provide the following information for all dependents:

| Name | Age | Relationship |
|------|-----|--------------|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

6. Are you a student? NO  If yes, what school are you attending? N/A

N/A _____ Dates of enrollment: N/A

N/A _____ Anticipated graduation date: N/A

7. What is your occupation? CNA _____ Are you employed? YES

If yes, provide your current employment information. If no, provide your last employment information.

Employer name: St. Clare Manor  Address: 1345 Bishop Ott Dr.
Baton Rouge, LA 70809  Telephone: 225 216 3604

8. How long have you been currently employed or unemployed? 5 months

---

THE FAMILY COURT    FORM J, p. 1 of 4    REVISED: NOV 2013

Received
Aug 28 2017 08:30pm

**9. Income**

a. What is your monthly gross income? 2613.09

b. How much other income do you receive per month? NO

c. How much is your monthly federal income tax? 127.94

d. How much is your monthly FICA? 162.02

*Medicare +* ← e. How much are your other monthly deductions? 114.11
*State tax*

(Add line a and line b, then subtract line c, line d, and line e)

**TOTAL NET MONTHLY INCOME**   2,209.02

*Please attach proof of income to this form. You may provide copies of your most recent paycheck, the prior year's tax return with all attachments, or W2 forms and 1099 forms if no tax return was filed.*

**10.** Is your spouse employed? Yes   What is his/her occupation? Prep Cook

What is his/her monthly gross income? ~~K/N/A~~ 600

**11.** *Please state the monthly amount of income that you or your spouse receive from these sources:*

| | | |
|---|---|---|
| Worker's Comp: N/A | Food Stamps: N/A | Kinship Care: N/A |
| SSI: N/A | TANF: NA | Other: NA |
| Unemployment: N/A | Child Support: 400 | |
| Disability: N/A | Spousal Support: N/A | TOTAL: 400 |

**12.** Do you own or have an interest in any of the following (including community property)?

| Type | Value | Balance owed |
|---|---|---|
| House | N/A | N/A |
| Automobile | Yes | 9396 |
| Watercraft | NO | NO |
| Livestock | NO | NO |
| Machinery | NO | NO |
| Stock | NO | |
| Bonds | NO | |
| Certificate of Deposit | NO | |
| Other Immoveable Property: NO | Equity: NO | Debt: NO |
| Bank Account: Value 0 | Name and location of bank: BR Telco Federal Credit Union | |
| | TOTAL: 9396 | |

**13.** *Please list your monthly expenses:*

| | | |
|---|---|---|
| Rent: 550.00 | Telephone: N/A | Car Note: 266.41 |
| Lot Rent: NO | Cell Phone: 57.00 | Car Insurance: 181.00 |
| House Note: NO | Medical Insurance: 0 | Transportation: 0 |
| Home Insurance: NO | Medical Expenses: 0 | Food: 150.00 |
| Property Tax: NO | Dental Expenses: 0 | Barber/Beauty: 25 |
| Gas: 200 | Prescriptions: 0 | Entertainment: 0 |
| Electricity: 124 | Life Insurance: 10.90 | Grooming Supplies: 80.00 |
| Cable: 111.86 | Daycare: 0 | Other: N/A |
| Water: 27.50 | Child Support: 0 | Other: N/A |
| Garbage: 35.00 | Garnishment: | Other: N/A |

**TOTAL MONTHLY EXPENSES:** 1818.61

| | | |
|---|---|---|
| THE FAMILY COURT | FORM J, p. 2 of 4 | REVISED: NOV 2013 |

**14.** *Please list any credit cards that you have:*

*Card type / name*

N/A
N/A
N/A
N/A

*Monthly payment*

N/A
N/A
N/A
N/A

TOTAL: 0

**15.** *Please list any financial loans that you have:*

*Financial institution name / loan type*

Sanders Consumer USA
N/A
N/A
N/A
N/A

*Monthly payment*

266.41
N/A
N/A
N/A
N/A

TOTAL: 266.41

**16.** Does anyone regularly help pay your expenses? **Yes** If so, state the person's name and relationship to you: **Larry Davis  Husband**

**17.** Please state any additional income or assets not reported above: **N/A**

**18.** If you have an attorney, what arrangement have you made to pay the attorney fee, and what amount have you paid? **N/A**

**19.** Do you understand that you may go to jail if you give false information on this form? **Yes**

---

**AFFIDAVIT OF MOVER**

PARISH OF **EAST BATON ROUGE**

STATE OF LOUISIANA

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in this state and parish, personally appeared **Phalisha T. Davis**, who after being sworn, declared:

1. that he/she provided the information above, and that the information is furnished to the Court for the purpose of requesting permission to litigate the above captioned lawsuit without paying the costs in advance or as they accrue, or furnishing security therefor;
2. that the above information is a true and correct statement of his/her information; and
3. that he/she has read and understands the privilege contained in the notice below.

**NOTICE:** Although you may be granted the privilege of proceeding without prepayment of costs, should a judgment be rendered against you, your status as a pauper does not relieve you of the obligation to pay these costs. The privilege to proceed *in forma pauperis* is restricted to litigants who are clearly entitled to do so, with due regard to the nature of the proceeding, the court costs which otherwise would have to be paid, and the ability of the litigant to pay them, or to furnish security therefor, so that the indiscriminate filing of lawsuits may be discouraged, without depriving a litigant of the benefit of proceeding *in forma pauperis* if he/she is entitled to do so.

Mover Signature

SWORN TO AND SUBSCRIBED before me this **28th** day of **August**, 20**17** at **BAKER**, Louisiana.

NOTARY PUBLIC

THE FAMILY COURT                    FORM J, p. 3 of 4                    REVISED: NOV 2013

## AFFIDAVIT OF THIRD PARTY

PARISH OF *EAST BATON ROUGE*

STATE OF LOUISIANA

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in this state and parish, personally appeared *Ph. LARRY C. Davis*, who after being sworn, declared that he/she knows the mover, *Dhalisha J. Davis*, well, and that he/she knows that because of the mover's poverty and want of means, the mover is unable to pay the costs of court in advance or as they accrue, nor is the mover able to furnish security therefor.

_____
Third Party Signature

SWORN TO AND SUBSCRIBED before me this 28th day of August, 20 17 at *BAKER*, Louisiana.

_____
NOTARY PUBLIC

## LEGAL SERVICE PROGRAM DECLARATION

I ATTEST that I am a duly authorized representative of a Legal Services Program funded by the Legal Service Corporation or a Pro Bono Project that receives referrals from one of these Legal Service Programs, and that_____ has produced evidence that he/she receives public assistance benefits, or that he/she has qualified to receive free legal services based on his/her income being less than or equal to 125% of the federal poverty level and therefore is entitled to a rebuttable presumption that he/she is entitled to the privilege of litigating without prior payment of costs.

_____
Legal Services or Pro Bono Representative

## ORDER

Considering the foregoing, let the mover herein prosecute or defend this litigation in accordance with Louisiana Code of Civil Procedure articles 5181, *et seq.*, without paying the costs in advance or as they accrue, or furnishing security therefor.

THUS DONE AND SIGNED this____ day of_____, 20____, at Baton Rouge, Louisiana.

_____ ROUGE, THE FAMILY COURT

Received
East Baton Rouge Parish Clerk of Court C06098341PX FILED READING CV OFFICES   Aug 29 2017 10:31pm   000 Page 11 of 15

Pay Stub

Page 1 of 2

**OLLIE STEELE BURDEN MANOR**
5000 Hennessy Blvd
Baton Rouge, LA 70808

Number    131438
Check Date    08/25/20

Print

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Phalisha Davis                                        Net Pay  1132.83
3170 Dougherty Dr
Baton Rouge, LA 70805
US                                                   NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Phalisha Davis | 8104 | 112384 | OSBM | D6150 | 08/19/2017 |

Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 109.40 | 1396.12 | 12836.72 |
| Total Deductions | | 263.29 | 2536.88 |
| Total Net | | 1132.83 | 10299.84 |

Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Holiday Pay | | | | 180.00 |
| Overtime | 29.40 | 11.25 | 498.12 | 3769.89 |
| Paid Time Off | | | | 388.48 |
| Regular | 80.00 | 11.25 | 900.00 | 8298.35 |
| Total | 109.40 | | 1396.12 | 12636.72 |

Taxes

| Description | Current | Year to Date |
|---|---|---|
| Federal Income Tax | 73.17 | 611.59 |
| Louisiana State Income Tax | 41.42 | 365.23 |
| Medicare Employee | 20.24 | 183.23 |
| Social Security Employee | 86.56 | 783.48 |
| Total | 221.39 | 1943.53 |

Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| FMOL Lincoln 403(b) Flat Amoun | 25.00 | 250.00 |
| Total | 25.00 | 250.00 |

Aftertax Deductions

https://app01plawinforbrlu.fmol-hs.local/lawson/xhrnet/ui/windowplain.htm                8/25/2017

East Baton Rouge Parish Clerk of Court C659824 FAX/FELEPLEADING 44 counsel Page 15 of 37
Received Aug 28 2017 09:31pm
Case 3:18-cv-00981-BAJ-RLB Document 1-2 01/10/18 Page 15 of 37
0 0 0 Page 12 of 15

· Pay Stub

| Description | Current | Year to Date |
|---|---|---|
| Cafeteria St Claire | 6.00 | 18.00 |
| Company Store | | 59.95 |
| Lincoln Vol Dep Life | 1.00 | 6.00 |
| Lincoln Vol Emp Life | 8.25 | 49.50 |
| Lincoln Vol Spouse Life | 1.65 | 9.90 |
| Total | 16.90 | 143.35 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx3320 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx2436 | Baton Rouge Telco | 1132.83 |

https://app01plawinforbrlu.fmol-hs.local/lawson/xhrnet/ui/windowplain.htm          8/25/2017

East Baton Rouge Parish Clerk of Court C6609341 FX/FEPLB #34 14 Images   Received Aug 29 2017 08:31pm   Page 13 of 15

Pay Stub

Page 1 of 2

OLLIE STEELE BURDEN MANOR
5000 Hennessy Blvd
Baton Rouge, LA 70808

| | |
|---|---|
| Number | 131113 |
| Check Date | 08/11/2017 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Phalisha Davis
3170 Dougherty Dr
Baton Rouge, LA 70805
US

Pay to the order of

Net Pay  995.40

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Phalisha Davis | 8104 | 112384 | OSBM | D6150 | 08/05/2017 |

Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 97.14 | 1216.97 | 11240.60 |
| Total Deductions | | 221.57 | 2073.59 |
| Total Net | | 995.40 | 9167.01 |

Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Holiday Pay | | | | 180.00 |
| Overtime | 22.07 | 11.25 | 372.43 | 3273.77 |
| Paid Time Off | | | | 388.48 |
| Regular | 75.07 | 11.25 | 844.54 | 7398.35 |
| Total | 97.14 | | 1216.97 | 11240.60 |

Taxes

| Description | Current | Year to Date |
|---|---|---|
| Federal Income Tax | 54.77 | 538.42 |
| Louisiana State Income Tax | 34.80 | 323.81 |
| Medicare Employee | 17.65 | 162.99 |
| Social Security Employee | 75.45 | 696.92 |
| Total | 182.67 | 1722.14 |

Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| FMOL Lincoln 403(b) Flat Amoun | 25.00 | 225.00 |
| Total | 25.00 | 225.00 |

https://app01plawinforbrlu.fmol-hs.local/lawson/xhrnet/ui/windowplain.htm

8/28/2017

Received Aug 28 2017 08:31pm
East Baton Rouge Parish Clerk of Court, C660984, FAX FILED, AdvocacyOffices 001 Page 14 of 15
Case 3:18-cv-00031-BAJ-RLB Document 1-2 01/10/18 Page 17 of 37

Pay Stub

Page 2 of 2

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Cafeteria St Claire | 3.00 | 12.00 |
| Company Store | | 59.95 |
| Lincoln Vol Dep Life | 1.00 | 5.00 |
| Lincoln Vol Emp Life | 8.25 | 41.25 |
| Lincoln Vol Spouse Life | 1.65 | 8.25 |
| Total | 13.90 | 126.45 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx3320 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx2436 | Baton Rouge Telco | 995.40 |



# DOUG WELBORN
## CLERK OF COURT

### PARISH OF EAST BATON ROUGE

Suit Accounting Department
P. O. Box 1991
Baton Rouge, LA 70821-1991
Telephone: (225) 389-3982
Fax: (225)389-3392
www.ebrclerkofcourt.org

---

### FAX RECEIPT

**FROM:**    **SUIT ACCOUNTING DEPARTMENT**       **DATE:**    **08-29-17**

**FAX NUMBER:**   **(225) 389-3392**       **SUIT NO.:**    **660984**

**TO: MONIQUE FIELDS**       **SECTION:**    **23**

**PHALISHA DAVIS**       vs   **TRADITIONS SENIOR MANAGEMENT INC ET AL**

Item(s) Received: PETITON FOR DAMAGES

Total Amount Due (includes all applicable fees below) $ 5.00

The Clerk of Court's Office has received, by facsimile transmission dated   08-28-17  , document(s) in the above referenced case. In accordance with R.S. 13:850(B), within seven days, exclusive of legal holidays, the party filing the document shall forward to the clerk, the original signed document, applicable filing fees and a transmission fee. The fax transmission fee is also required of forma pauperis filings and filings by state/political subdivisions.

Applicable fees are established in accordance with law as follows:
13:850(B)(3)     A transmission fee of five dollars
13:841(A)(2)(a)   First page of each pleading, six dollars
13:841(A)(2)(b)   Each subsequent page, four dollars
13:841(A)(2)(c)   Paper-exhibits, attachments, transcripts and depositions-per page, two dollars
13:841(A)(4)(b)   Issuing document without notice of service, fifteen dollars (Receipt generation fee)

**NO FURTHER ACTION WILL BE TAKEN REGARDING THIS DOCUMENT**
**UNTIL ALL FEES ARE RECEIVED IN THIS OFFICE.**

**SERVICE/SUBPOENA REQUESTS WILL NOT BE ISSUED FROM FAX FILING.**
**SERVICE WILL BE ISSUED AS A RESULT OF THE FILING OF THE ORIGINAL DOCUMENT(S).**

**IF MAILING ORIGINAL DOCUMENT(S), PLEASE ATTACH THIS RECEIPT TO THE DOCUMENT(S) TO BE FILED.**
**IF FILING THE ORIGINAL DOCUMENTS IN PERSON, PLEASE NOTIFY THE FILING CLERK OF THE PREVIOUS FAX FILING.**

*Deputy Clerk of Court for*
*Doug Welborn, Clerk of Court*

DeNay H. Johnson
*(Type Name)*

Suit Accounting Dept. Form #6
Rev. 08/26/14

CERTIFIED TRUE AND
CORRECT COPY

JAN 10 2018

East Baton Rouge Parish
Deputy Clerk of Court

SEC. 23

**PHALISHA DAVIS**

COST OK Amt. 5
# 1844
SEP 05 2017
BY _____
DY CLERK OF COURT

**VERSUS**

**TRADITIONS SENIOR MANAGEMENT INC. , BEN ATKINS AND ABC INSURANCE COMPANY**

660984

DOCKET NO.: _____ DIV " "

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA** POSTED

SEP 05 2017

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**PETITION FOR DAMAGES**</u>

**NOW INTO COURT,** through undersigned counsel comes **PHALISHA T. DAVIS,** hereinafter, "Petitioner", a disabled person of the full age of majority, domiciled in the Parish of East Baton Rouge, State of Louisiana, who respectfully represents as follows:

1.

Made Defendants herein are the following parties:

a.     **TRADITIONS SENIOR MANAGEMENT, INC.**, a foreign corporation licensed to do and doing business in the Parish of East Baton Rouge, State of Louisiana.

b.     **BEN ATKINS,** owner and operator of the foreign corporation.

c.     **ABC INSURANCE COMPANY**, an unknown insurance company, authorized to do and actually doing business in the State of Louisiana.

2.

The defendants are indebted to Petitioner in the full sum to be determined by this honorable court together with the legal interest from the date of Judicial Demand until paid and for all costs of these proceedings jointly, severally, and insolido, and for the following reasons to wit:

3.

On or about March 14, 2014, petitioner, **PHALISHA T. DAVIS,** who has an hearing impairment, begin her employment with **TRADITIONS SENIOR MANAGEMENT, INC.**

REC'D C.P.
SEP - 8 2017

4.

On or about August 12, 2016, Petitioner was terminated, according to her superiors, because she did not help a resident when she was unable to hear an announcement instructing her to assist.

**RECEIVED**

SEP 06 2017

**SECTION XXIII**

REC'D C.P.
REC'D C.P.
SEP 05 2017
SEP 05 2017

FAX COPY FILED 8-29-17
ORIGINAL FILED 9-05-17

ERR431575

5.

The alleged incident that lead to her termination occurred approximately two weeks prior, on July 30, 2016.

6.

Previously Petitioner has informed her employer of her difficulty hearing announcements at the facility, however, to no avail.

7.

Petitioner continued to work in the environment on behalf of **TRADITIONS SENIOR MANAGEMENT, INC., AND BEN ADKINS** which refused to provide adaptive devices to assist Petitioner in successfully doing her job, leading to her termination.

8.

Defendants, **TRADITIONS SENIOR MANAGEMENT, INC. AND BEN ATKINS**, through its employees, violated Louisiana state law and treated Petitioner and in such a reckless, willful, and wanton manner that as a direct and proximate result thereof, Petitioner sustained serious and permanent injuries as hereinafter alleged, all in violation of Louisiana Revised Statutes Title 23.

9.

Further, Defendant **TRADITIONS SENIOR MANAGEMENT, INC. AND BEN ATKINS**, through its employees, violated Title VII, the Americans with Disabilities Act by failing to provide reasonable accommodation to Petitioner's known physical limitation.

10.

As a result of this incident, petitioner, **PHALISHA T. DAVIS**, suffered from a range of injuries that included but are not limited to loss of wages, embarrassment and humiliation.

11.

This incident caused injury to the petitioner in the following respects:

1. Physical Pain and Suffering
2. Loss Wages
3. Loss of Enjoyment of Life
4. Mental Anguish
5. Emotional Distress
6. Inconvenience
7. Medical Expenses, Past, Present, and Future
8. Other damages that may be proven at trial

12.

Because of the Defendants' gross, willful, and wanton failures as alleged in paragraphs, 1 through 9 above, and its failure to ensure Petitioner accessibility to adaptive devices to perform specific requirements of her job. Additionally, Petitioner is entitled to recover punitive damages in the amount over and above the sum of her compensatory damages herein.

13.

On information and belief that **TRADITIONS SENIOR MANAGEMENT, INC. AND BEN ATKINS** have a liability insurance company, **ABC INSURANCE COMPANY**, for the purposes of liability and/or injury, the defendant, **TRADITIONS SENIOR MANAGEMENT, INC. AND BEN ATKINS** in conjunction with **ABC INSURANCE COMPANY** are indebted unto the petitioner for the damages she sustained which resulted in the legal cause of the incident. **ABC INSURANCE COMPANY**, made defendant herein.

14.

The defendants, **TRADITIONS SENIOR MANAGEMENT, INC. AND BEN ATKINS** are solitarily liable with **ABC INSURANCE COMPANY** for the physical pain and suffering, mental anguish, emotional distress, humiliation and embarrassment caused by these acts performed by its insured to the extent of the limits of the insurance policy.

15.

The acts of defendants, **TRADITIONS SENIOR MANAGEMENT, INC. AND BEN ATKINS,** were the cause in fact of petitioner's injuries.

16.

Petitioner has filed a complaint with the U.S. Equal Employment Opportunity Commission and has received her Notice of Suit Rights.

**WHEREFORE**, petitioner prays that defendants be served with a certified copy of this petition and that, after all legal delays and due proceedings be had, there be a judgment herein in favor of plaintiff, **PHALISHA T. DAVIS,** and against defendants, **TRADITIONS SENIOR MANAGEMENT, INC., BEN ATKINS AND ABC INSURANCE COMPANY,** jointly and in solitude, for all damages which are reasonable in the premises, together with legal interest from the date of loss plus court costs of these proceedings and any and all other relief to which they may be entitled, including any penalties or attorney's fees. **PETITIONER FURTHER PRAYS** all equitable relief.

Respectfully Submitted:

Monique Fields, #29183
Attorney at Law
P.O. Box 96
3022 Ray Weiland Drive
Baker, Louisiana 70704-0096
Phone :        (225) 775-1677
Facsimile:    (225) 775-1604

PLEASE SERVE:

TRADITIONS SENIOR MANAGEMENT, INC.
through its agent for service of process via longarm

AARON BLOOM
24671 US HWY 19 NORTH
CLEARWATER, FL  33763

HOLD SERVICE:
BEN ATKINS




CERTIFIED TRUE AND CORRECT COPY

JAN 10 2018

East Baton Rouge Parish
Deputy Clerk of Court

PHALISHA DAVIS

DOCKET NO.:          DIV " "

19TH JUDICIAL DISTRICT COURT

VERSUS

PARISH OF EAST BATON ROUGE

TRADITIONS SENIOR MANAGEMENT, INC.    STATE OF LOUISIANA
BEN ADKINS AND ABC INSURANCE
COMPANY
**********************************************************************

### AFFIDAVIT

State of Louisiana

Parish of East Baton Rouge

      **BEFORE ME,** the undersigned authority, a notary Public, duly sworn and

qualified in and for the Parish of East Baton Rouge, State of Louisiana personally came and

appeared:

### PHALISHA T. DAVIS

Who after being first duly sworn did depose and say that:

she is the petitioner in the foregoing and that all allegations of fact contained therein are true and

correct to the best of her knowledge, information and belief.

**PHALISHA T. DAVIS**

    **SWORN AND SUBSCRIBED BEFORE ME, this 28th of August, 2017.**

Monique H. Fields, Notary Public
Bar Roll No. 29183

EBR431157S
2017 SEP -5 AM 9: 48
DEPUTY CLERK OF COURT

CERTIFIED TRUE AND
CORRECT COPY

JAN 10 2018

East Baton Rouge Parish
Deputy Clerk of Court

| **Form J** | *IN FORMA PAUPERIS* FORM |
|---|---|

PHALISHA DAVIS
**(PETITIONER)**

**VERSUS**

TRADITIONS SENIOR
MANAGEMENT, BEN
ATKINS AND
**(DEFENDANT)**
INSURANCE COMPANY

NO: _____ DIV. _____

19TH JUDICIAL DISTRICT COURT

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

RECEIVED
SEP 06 2017
SECTION XXIII

### MOTION TO PROCEED *IN FORMA PAUPERIS*

**NOW INTO COURT** comes ___Phalisha Tamika Davis___ who

respectfully represents that he/she is a citizen of the State of Louisiana and is unable to pay the costs of court

because of his/her poverty and lack of means, and therefore moves this Honorable Court for authorization to

proceed *in forma pauperis.*

**WHEREFORE** mover prays that he/she be allowed to prosecute or defend this litigation in

accordance with Louisiana Code of Civil Procedure articles 5181, *et seq.,* without paying the costs in advance

or as they accrue, or furnishing security therefor.

### PERSONAL AND FINANCIAL INFORMATION

**NOTE:** *All questions must be answered in full. Do not leave any space empty.*

1. Full Name: __Phalisha Tamika Davis__

SSN: XXX – XX – __8 1 0 4__  DOB: __11-25-1978__              Sex: __Female__

2. Address: __3170 Dougherty Drive__
   __Baton Rouge LA  70805__

3. Telephones – Home: __N/A__             Cell: __225 228-9662__

4. Marital Status – Single: __NO__ Married: __X__ Divorced: __N/A__ Living with someone: __0__

5. How many children live with you? __4__   How many children under 18 do you support? __3__

Do you have other dependents? __NO__ *Please provide the following information for all dependents:*

| Name | Age | Relationship |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

6. Are you a student? __NO__    If yes, what school are you attending? __N/A__
   __N/A__            Dates of enrollment: __N/A__
                Anticipated graduation date: __N/A__

7. What is your occupation? __CNA__                Are you employed? __Yes__

*If yes, provide your current employment information. If no, provide your last employment information.*

Employer name: __St. Clare Manor__ Address: __7345 Bishop Ott Dr.__
__Baton Rouge LA 70809__ Telephone: __225 216 3604__

8. How long have you been currently employed or unemployed? __5 months__

---

ERR4311578

**9. Income**

a. What is your monthly gross income?  2613.09

b. How much other income do you receive per month?  NO

c. How much is your monthly federal income tax?  127.94

d. How much is your monthly FICA?  162.02

e. How much are your other monthly deductions?  114.11

Medicare + State Tax  ←

(Add line a and line b, then subtract line c, line d, and line e)

**TOTAL NET MONTHLY INCOME**  2,209.02

*Please attach proof of income to this form. You may provide copies of your most recent paycheck, the prior year's tax return with all attachments, or W2 forms and 1099 forms if no tax return was filed.*

**10.** Is your spouse employed? Yes  What is his/her occupation? Prep Cook

What is his/her monthly gross income? ~~N/A~~ 600

**11.** *Please state the monthly amount of income that you or your spouse receive from these sources:*

| | | |
|---|---|---|
| Worker's Comp: N/A | Food Stamps: N/A | Kinship Care: N/A |
| SSI: N/A | TANF: N/A | Other: N/A |
| Unemployment: N/A | Child Support: 400 | |
| Disability: N/A | Spousal Support: N/A | TOTAL: 400 |

**12.** Do you own or have an interest in any of the following (including community property)?

| Type | Value | Balance owed |
|---|---|---|
| House | N/A | N/A |
| Automobile | Yes | 9396 |
| Watercraft | NO | NO |
| Livestock | NO | NO |
| Machinery | NO | NO |
| Stock | NO | |
| Bonds | NO | |
| Certificate of Deposit | NO | |
| Other Immoveable Property: | NO | Equity: NO  Debt: NO |
| Bank Account: Value | Ø | Name and location of bank: BR Telco Federal Credit Union |

**TOTAL:** 9396

**13.** *Please list your monthly expenses:*

| | | |
|---|---|---|
| Rent: 550.00 | Telephone: N/A | Car Note: 266.41 |
| Lot Rent: NO | Cell Phone: 57.00 | Car Insurance: 181.00 |
| House Note: NO | Medical Insurance: Ø | Transportation: Ø |
| Home Insurance: NO | Medical Expenses: Ø | Food: 150.00 |
| Property Tax: NO | Dental Expenses: Ø | Barber/Beauty: 25 |
| Gas: 200 | Prescriptions: Ø | Entertainment: Ø |
| Electricity: 124 | Life Insurance: 10.90 | Grooming Supplies: 80.00 |
| Cable: 111.80 | Daycare: Ø | Other: N/A |
| Water: 27.50 | Child Support: Ø | Other: N/A |
| Garbage: 35.00 | Garnishment: | Other: N/A |

**TOTAL MONTHLY EXPENSES:** 1818.61

THE FAMILY COURT                 FORM J, p. 2 of 4                 REVISED: NOV 2013

**14.** *Please list any credit cards that you have:*

*Card type / name*                                    *Monthly payment*

N/A                                                   N/A

N/A                                                   N/A

N/A                                                   N/A

N/A                                                   N/A

                                                      **TOTAL:** 0

**15.** *Please list any financial loans that you have:*

*Financial institution name / loan type*             *Monthly payment*

Sander Consumer USA                                   266.41

N/A                                                   N/A

N/A                                                   N/A

N/A                                                   N/A

N/A                                                   N/A

                                                      **TOTAL:** 266.41

---

**16.** Does anyone regularly help pay your expenses? Yes If so, state the person's name and relationship to you: Larry Davis   Husband

**17.** Please state any additional income or assets not reported above: N/A

**18.** If you have an attorney, what arrangement have you made to pay the attorney fee, and what amount have you paid? N/A

**19.** Do you understand that you may go to jail if you give false information on this form? Yes

---

### AFFIDAVIT OF MOVER

PARISH OF   EAST BATON ROUGE

STATE OF LOUISIANA

      BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in this state and parish, personally appeared   Phalisha T. Davis , who after being sworn, declared:

1. that he/she provided the information above, and that the information is furnished to the Court for the purpose of requesting permission to litigate the above captioned lawsuit without paying the costs in advance or as they accrue, or furnishing security therefor;

2. that the above information is a true and correct statement of his/her information; and

3. that he/she has read and understands the privilege contained in the notice below.

**NOTICE:** Although you may be granted the privilege of proceeding without prepayment of costs, should a judgment be rendered against you, your status as a pauper does not relieve you of the obligation to pay these costs. The privilege to proceed *in forma pauperis* is restricted to litigants who are clearly entitled to do so, with due regard to the nature of the proceeding, the court costs which otherwise would have to be paid, and the ability of the litigant to pay them, or to furnish security therefor, so that the indiscriminate filing of lawsuits may be discouraged, without depriving a litigant of the benefit of proceeding *in forma pauperis* if he/she is entitled to do so.

                          Mover Signature

**SWORN TO AND SUBSCRIBED** before me this 28th day of August , 20 17 at BAKER , Louisiana.

                          NOTARY PUBLIC

---

THE FAMILY COURT                    FORM J, p. 3 of 4                    REVISED: NOV 2013

## AFFIDAVIT OF THIRD PARTY

PARISH OF *EAST BATON ROUGE*

STATE OF LOUISIANA

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in this state and parish, personally appeared *Dr. Larry C. Davis*, who after being sworn, declared that he/she knows the mover, *Phalisha T. Davis*, well, and that he/she knows that because of the mover's poverty and want of means, the mover is unable to pay the costs of court in advance or as they accrue, nor is the mover able to furnish security therefor.

_____
Third Party Signature

SWORN TO AND SUBSCRIBED before me this *28th* day of *August*, 20 *17* at *Baker*, Louisiana.

_____
NOTARY PUBLIC

## LEGAL SERVICE PROGRAM DECLARATION

I ATTEST that I am a duly authorized representative of a Legal Services Program funded by the Legal Service Corporation or a Pro Bono Project that receives referrals from one of these Legal Service Programs, and that _____ has produced evidence that he/she receives public assistance benefits, or that he/she has qualified to receive free legal services based on his/her income being less than or equal to 125% of the federal poverty level and therefore is entitled to a rebuttable presumption that he/she is entitled to the privilege of litigating without prior payment of costs.

_____
Legal Services or Pro Bono Representative

## ORDER

Considering the foregoing, let the mover herein prosecute or defend this litigation in accordance with Louisiana Code of Civil Procedure articles 5181 *et seq.*, without paying the costs in advance or as they accrue, or furnishing security therefor.

THUS DONE AND SIGNED this *6* day of *Sept*, 20_____, at Baton Rouge, Louisiana.

_____
JUDGE, THE FAMILY COURT

CERTIFIED TRUE AND CORRECT COPY

JAN 10 2018

_____
East Baton Rouge Parish
Deputy Clerk of Court

| THE FAMILY COURT | FORM J, p. 4 of 4 | REVISED: NOV 2013 |

Pay Stub

OLLIE STEELE BURDEN MANOR
5000 Hennessy Blvd
Baton Rouge, LA 70808

DEPUTY CLERK OF COURT

Number 131113
Check Date 08/11/2017

OTHER ☐
MEMORANDUM ☐
PETITION ☐
MOTION SUMMARY JUDGMENT ☐
EXHIBIT ATTACHMENT TO

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Phalisha Davis
3170 Dougherty Dr
Baton Rouge, LA 70805
US

Net Pay  995.40

NON-NEGOTIABLE

TRUE COPY
CLERK OF COURT

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|------|---------------|-----------------|---------------|------------|------------|
| Phalisha Davis | 8104 | 112384 | OSBM | D6150 | 08/05/2017 |

## Summary

| Description | Hours | Current | Year to Date |
|-------------|-------|---------|--------------|
| Total Gross | 97.14 | 1216.97 | 11240.60 |
| Total Deductions | | 221.57 | 2073.59 |
| Total Net | | 995.40 | 9167.01 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|-------------|-------|------|---------|--------------|
| Holiday Pay | | | | 180.00 |
| Overtime | 22.07 | 11.25 | 372.43 | 3273.77 |
| Paid Time Off | | | | 388.48 |
| Regular | 75.07 | 11.25 | 844.54 | 7398.35 |
| Total | 97.14 | | 1216.97 | 11240.60 |

## Taxes

| Description | Current | Year to Date |
|-------------|---------|--------------|
| Federal Income Tax | 54.77 | 538.42 |
| Louisiana State Income Tax | 34.80 | 323.81 |
| Medicare Employee | 17.65 | 162.99 |
| Social Security Employee | 75.45 | 696.92 |
| Total | 182.67 | 1722.14 |

## Pretax Deductions

| Description | Current | Year to Date |
|-------------|---------|--------------|
| FMOL Lincoln 403(b) Flat Amoun | 25.00 | 225.00 |
| Total | 25.00 | 225.00 |

https://app01plawinforbrlu.fmol-hs.local/lawson/xhrnet/ui/windowplain.htm

8/28/2017

Pay Stub

Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Cafeteria St Claire | 3.00 | 12.00 |
| Company Store | | 59.95 |
| Lincoln Vol Dep Life | 1.00 | 5.00 |
| Lincoln Vol Emp Life | 8.25 | 41.25 |
| Lincoln Vol Spouse Life | 1.65 | 8.25 |
| Total | 13.90 | 126.45 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx3320 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx2436 | Baton Rouge Telco | 995.40 |

https://app01plawinforbrlu.fmol-hs.local/lawson/xhrnet/ui/windowplain.htm          8/28/2017

CERTIFIED TRUE AND
CORRECT COPY

JAN 10 2018

East Baton Rouge Parish
Deputy Clerk of Court

*MONIQUE H. FIELDS*
*Attorney at Law*
*3022 Ray Weiland Drive*
*Post Office Box 96*
*Baker, Louisiana 70714*

DATE:    October 27, 2017

**POSTED**

NOV 02 2017

COST OK $ 405

OCT 30 2017
CH 1870
DEPUTY CLERK OF COURT

Doug Welborn
Clerk of Court
300 North Boulevard
P. O. Box 1991
Baton Rouge, Louisiana  70802

RE:    <u>**Phalisha Davis vs. Traditions Senior Management, et. al.**</u>
       <u>**Suit No.  660,984  Sec. "23"**</u>
       **Parish of East Baton Rouge, State of Louisiana**



**Enclosed please find attached the following:**

____    Petition for Paternity, Custody, Visitation, and Change of Name

____    Petition for Change of Venue, Contempt, and Change of Custody

____    Motion to Enroll

____    Motion for Continuance

____    Answer and Reconventional Demand

____    Motion to Suppress Evidence

____    Petition For Divorce, Etc.

____    Correspondence

**XXX**    Other:  Filing fees/Pauper Denial

<u>Please do the following:</u>

**XXX**    File copy and return one (1) stamped copy

**XXX**    Check attached in the amount of:  $405.00

CERTIFIED TRUE AND
CORRECT COPY

JAN 10 2018

East Baton Rouge Parish
Deputy Clerk of Court

**MONIQUE FIELDS**
*Attorney at Law*
*3022 Ray Weiland Drive*
*Post Office Box 96*
*Baker, Louisiana 70714*

Phone (225)775-1677                Facsimile (225)~~775-1677~~ 775-160Y

DATE:        November 29, 2017

TO:          **VIA US MAIL & FACSIMILE 225-389-3392**
             Doug Welborn
             Clerk of Court
             Governmental Building
             222 St. Louis Street
             P.O. Box 1991
             Baton Rouge, Louisiana  70821-1991

RE:          **Phalisha Davis versus Traditions Senior Management, Inc., et al**
             **Suit No. 660,984  Sec. "23"**
             **Parish of  EBR State of Louisiana**

**Enclosed please find attached a copy of the following:**

\_\_\_\_\_   Petition for Change of Venue, Contempt, and Change of Custody

\_\_\_\_\_   Motion to Enroll

\_\_\_\_\_   Motion for Continuance

\_\_\_\_\_   Pre Trial Order

\_\_\_\_\_   Motion to Suppress Evidence

\_\_\_\_\_   Petition For Damages, Verification and  Motion to Proceed In Forma Pauperis
          with affidavits



<u>Please do the following:</u>

<u>XXX</u>   Please issue service of the original petition for Damages VIA LONG ARM
          STATUTE upon:

          Ben Atkins
          24641 US Highway 19 North
          Clearwater, Florida 33763





```
**  Transmit Conf.Report  **
```

P.1
EBR CLERK OF COURT    Fax 2253893392                Nov 30 2017 04:34pm

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 97751604 | Normal | 30:04:23pm | 0'19" | 1 | # O K | |



**DOUG WELBORN**
CLERK OF COURT

PARISH OF EAST BATON ROUGE

Suit Accounting Dept.

P.O. Box 1991
Baton Rouge, LA 70821-1991
Tel: (225) 389-3982
Fax: (225) 389-3392
www.ebrclerkofcourt.org

### FAX RECEIPT

NUMBER C660984 SECTION 23                     Date:   29-NOV-2017
PHALISHA DAVIS
VS
TRADITIONS SENIOR MANAGEMENT INC ET AL

To:    MONIQUE H FIELDS
       ATTORNEY AT LAW
       3022 RAY WEILAND DR PO BOX 96
       BAKER LA 70714-0096

Item(s) Received: ISSUE SERVICE

Total Amount Due (includes all applicable fees below) $ 109.00

The Clerk of Court's office has received, by facsimile transmission dated 11-29-17, documents in the above referenced case. In accordance with R.S. 13:850 (B), within seven days, exclusive of holidays, the party filing the document shall forward to the clerk the original signed document, applicable fees and a transmission fee. The fax transmission fee is also required of forma pauperis filings and filing by state/political subdivisions.

Applicable fees are established in accordance with law as follows:
13:850(B)(3)      A transmission fee of five dollars
13:841(A)(2)(a)   First page of each pleading, six dollars
13:841(A)(2)(b)   Each subsequent page, four dollars
13:841(A)(2)(c)   Paper exhibits, attachments, transcripts and depositions – per page, two dollars
13:841(A)(4)(b)   Issuing document without notice of service, fifteen dollars (Receipt generation fee)

**NO FURTHER ACTION WILL BE TAKEN REGARDING THIS DOCUMENT**
**UNTIL ALL FEES ARE RECEIVED IN THIS OFFICE.**

**SERVICE/SUBPOENA REQUESTS WILL NOT BE ISSUED FROM FAX FILING.**
**SERVICE WILL BE ISSUED AS A RESULT OF THE FILING OF THE ORIGINAL DOCUMENTS.**

**IF MAILING ORIGINAL DOCUMENT(S), PLEASE ATTACH THIS RECEIPT TO THE DOCUMENT(S) TO BE FILED.**
**IF FILING THE ORIGINAL DOCUMENTS IN PERSON, PLEASE NOTIFY THE FILING CLERK OF THE PREVIOUS FAX FILING.**



*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**            5249 - LTR / FAX RECT

```
**
```



# DOUG WELBORN
## CLERK OF COURT

PARISH OF EAST BATON ROUGE

Suit Accounting Dept.

P.O. Box 1991
Baton Rouge, LA 70821-1991
Tel: (225) 389-3982
Fax: (225) 389-3392
www.ebrclerkofcourt.org

## FAX RECEIPT

NUMBER C660984 SECTION 23
PHALISHA DAVIS
VS
TRADITIONS SENIOR MANAGEMENT INC ET AL

Date: 29-NOV-2017

To: **MONIQUE H FIELDS**
**ATTORNEY AT LAW**
**3022 RAY WEILAND DR PO BOX 96**
**BAKER LA 70714-0096**

Item(s) Received: ISSUE SERVICE

Total Amount Due (includes all applicable fees below) $ <u>109.00</u>

The Clerk of Court's office has received, by facsimile transmission dated <u>11--29-17</u>, documents in the above referenced case. In accordance with R.S. 13:850 (B), within seven days, exclusive of holidays, the party filing the document shall forward to the clerk the original signed document, applicable fees and a transmission fee. The fax transmission fee is also required of forma pauperis filings and filing by state/political subdivisions.

Applicable fees are established in accordance with law as follows:
13:850(B)(3)      A transmission fee of five dollars
13:841(A)(2)(a)  First page of each pleading, six dollars
13:841(A)(2)(b)  Each subsequent page, four dollars
13:841(A)(2)(c)  Paper exhibits, attachments, transcripts and depositions – per page, two dollars
13:841(A)(4)(b)  Issuing document without notice of service, fifteen dollars (Receipt generation fee)

<u>NO FURTHER ACTION WILL BE TAKEN REGARDING THIS DOCUMENT</u>
<u>UNTIL ALL FEES ARE RECEIVED IN THIS OFFICE.</u>

<u>SERVICE/SUBPOENA REQUESTS WILL NOT BE ISSUED FROM FAX FILING.</u>
<u>SERVICE WILL BE ISSUED AS A RESULT OF THE FILING OF THE ORIGINAL DOCUMENTS.</u>

<u>IF MAILING ORIGINAL DOCUMENT(S), PLEASE ATTACH THIS RECEIPT TO THE DOCUMENT(S) TO BE FILED.</u>
<u>IF FILING THE ORIGINAL DOCUMENTS IN PERSON, PLEASE NOTIFY THE FILING CLERK OF THE PREVIOUS FAX FILING.</u>

*DeLoy H. Johnson*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

5249 – LTR / FAX RECT

✱ ✱

CERTIFIED TRUE AND
CORRECT COPY

JAN 10 2018

East Baton Rouge Parish
Deputy Clerk of Court

*MONIQUE FIELDS*
*Attorney at Law*
*3022 Ray Weiland Drive*
*Post Office Box 96*
*Baker, Louisiana 70714*

Phone  (225)775-1677                    Facsimile  (225)775-1677

**POSTED**

DATE:      December 1, 2017

DEC 0 7 2017

**VIA US MAIL**
TO:        Doug Welborn
           Clerk of Court                 COST OK $ 109
           Governmental Building
           222 St. Louis Street           DEC - 6 2017
           P.O. Box 1991
           Baton Rouge, Louisiana  70821-1991    CH 1990 30
                                          DEPUTY CLERK OF COURT

RE:        **Phalisha Davis versus Traditions Senior Management, Inc., et al**
           **Suit No. 660,984 Sec. "23"**
           **Parish of  EBR State of Louisiana**

**Enclosed please find attached a copy of the following:**

_____    Petition for Change of Venue, Contempt, and Change of Custody

_____    Motion to Enroll

_____    Motion for Continuance

_____    Pre Trial Order

_____    Motion to Suppress Evidence

_____    Petition For Damages, Verification and  Motion to Proceed In Forma Pauperis
         with affidavits

**Please do the following:**

**XXX**   Please issue service of the original petition for Damages VIA LONG ARM
          STATUTE upon:

          Ben Atkins
          24641 US Highway 19 North
          Clearwater, Florida 33763

**XXX**   Check attached in the amount of $109.00

FAX COPY FILED  11/29/17
ORIGINAL FILED  12/6/17

REC'D C.P.

DEC 0 7 2017

EBR4496675

*MONIQUE FIELDS*
*Attorney at Law*
*3022 Ray Weiland Drive*
*Post Office Box 96*
*Baker, Louisiana 70714*

Phone  (225)775-1677                    Facsimile  (225)775-1677

DATE:       December 1, 2017

**VIA US MAIL**
TO:         Doug Welborn
            Clerk of Court
            Governmental Building
            222 St. Louis Street
            P.O. Box 1991
            Baton Rouge, Louisiana  70821-1991

RE:         **Phalisha Davis versus Traditions Senior Management, Inc., et al**
            **Suit No. 660,984  Sec. "23"**
            **Parish of  EBR State of Louisiana**

**Enclosed please find attached a copy of the following:**

_____   Petition for Change of Venue, Contempt, and Change of Custody

_____   Motion to Enroll

_____   Motion for Continuance

_____   Pre Trial Order

_____   Motion to Suppress Evidence

_____   Petition For Damages, Verification and  Motion to Proceed In Forma Pauperis
        with affidavits

Please do the following:

**XXX**   Please issue service of the original petition for Damages VIA LONG ARM
          STATUTE upon:

          Ben Atkins
          24641 US Highway 19 North
          Clearwater, Florida 33763

**XXX**   Check attached in the amount of $109.00

CERTIFIED TRUE AND
CORRECT COPY

JAN 1 0 2018

_Montanie Minor_
East Baton Rouge Parish
Deputy Clerk of Court

# CITATION
### (Long Arm LSA R.S. 13:3201 et seq.)

**PHALISHA DAVIS**
(Plaintiff)

vs.

**TRADITIONS SENIOR MANAGEMENT, INC., ET AL**
(Defendant)

**NUMBER  C660984 SECTION 23**

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

## ** VIA LOUISIANA LONG ARM STATUTE LSA R.S. 13:3201 ET SEQ **

**TO:  TRADITIONS SENIOR MANAGEMENT, INC.**

GREETINGS:

YOU HAVE BEEN SUED.

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks in accordance with LSA R.S. 13:3201 et seq, OR, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish, on 11-DEC-2017.

_Gandy M. Monte_
_____
Deputy Clerk of Court for
**Doug Welborn, Clerk of Court**

**Requesting Attorney: MONIQUE H FIELDS**

*Also attached are the following documents:
**PETITION FOR DAMAGES; AFFIDAVIT**

**CITATION-LONG ARM- 2412**

|||||||||||| barcode ||||||||||||  EBR4232386

CERTIFIED TRUE AND
CORRECT COPY

JAN 10 2018

_Wentworth C. Minor_
East Baton Rouge Parish
Deputy Clerk of Court

# CITATION
## (Long Arm LSA R.S. 13:3201 et seq.)

**PHALISHA DAVIS**
(Plaintiff)

vs.

**TRADITIONS SENIOR MANAGEMENT, INC., ET AL**
(Defendant)

**NUMBER  C660984 SECTION 23**

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

** VIA LOUISIANA LONG ARM STATUTE LSA R.S. 13:3201 ET SEQ **

TO:  **BEN ATKINS**

GREETINGS:

YOU HAVE BEEN SUED:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks in accordance with LSA R.S. 13:3201 et seq. OR, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish, on 11-DEC-2017.

_Deputy Clerk of Court for_
**Doug Welborn, Clerk of Court**

Requesting Attorney: MONIQUE H FIELDS

*Also attached are the following documents:
**PETITION FOR DAMAGES; AFFIDAVIT**

CITATION-LONG ARM- 2412

EBR4232387

CERTIFIED TRUE AND CORRECT COPY

JAN 10 2018

East Baton Rouge Parish
Deputy Clerk of Court