UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PHALISHA DAVIS** | **CIVIL ACTION** |
| **VERSUS** | |
| **TRADITIONS SENIOR MANAGEMENT, INC., ET AL.** | **NO.: 18-00021-BAJ-RLB** |

### SIXTY-DAY ORDER OF DISMISSAL

Considering the **Notice of Settlement (Doc. 10)**,

**IT IS ORDERED** that this action is **DISMISSED**, without prejudice to the parties' rights to, within **SIXTY DAYS** and upon good cause shown, re-open this matter if the settlement is not consummated.

Baton Rouge, Louisiana, this 9th day of July, 2018.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**